# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARTIN,<br><br>        Petitioner,<br><br>        v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | Case No. CV 11-2574 PA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 13, 2012

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE